UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 2:17-CV-01092<br><br>ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO EXCHANGE REPORTS FROM EXPERT WITNESSES |

Upon consideration by the Court of Defendant's Unopposed Motion for Extension of Time to Exchange Reports from Expert Witnesses, it is ORDERED that the Motion is GRANTED. The deadline for the parties to exchange reports from expert witnesses shall be extended to June 29, 2018.

Dated this 11th day of May, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO EXCHANGE
REPORTS FROM EXPERT WITNESSES

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1701 Market Street
Philadelphia, PA 19103-2921
+1.215.963.5000